# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CLYDE STEVEN BIBBY, | ) | |
| Petitioner, | ) | 2:07-cv-00140-LRH-RJJ |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a first extension of time in which to file an answer to the amended petition for a writ of habeas corpus. (Docket #16). Respondents seek a 45-day enlargement of time, up to and including April 21, 2008, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #16) is **GRANTED.** The answer shall be filed on or before **April 21, 2008.**

Dated this 5th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE